COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| JONATHAN RAY TUCKER, | § | No. 08-19-00015-CR |
| Appellant, | § | Appeal from the 297th |
| v. | § | Judicial District Court |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 1505687D) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the Judgment Adjudicating Guilt should be modified to delete the $280 fine and should be reformed to reflect no fine. The $35 "Due to CSCD" fee from reparations should also be deleted and the Judgment Adjudicating Guilt should be reformed to reflect $1,684 in court costs, fees, fines, and restitution. We modify the withdrawal notification styled with cause 1505687D to delete the $280 fine and reform it to reflect no fine. We also modify the withdrawal notification to delete the $35 "Due to CSCD" fee from reparations, and reform it to reflect $1,684 in court costs, fees, fines, and restitution. We therefore affirm the judgment of the trial court as reformed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF FEBRUARY, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.